**LAW OFFICES OF JOSEPH A. WELCH**
JOSEPH A. WELCH, SB# 119312
828 University Avenue
Sacramento, California 95825
Telephone: 916.444.5501
Facsimile: 916.920.5505
E-Mail: joewelchlaw@yahoo.com

Attorneys for Plaintiffs, RICHARD BERNSTEIN
and LEAH ANN ALCAZAR

Charles Danaher (SB# 114604)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
Phone: (619) 338-6548
Fax: (619) 515-4102
E-MAIL: cdanaher@sheppardmullin.com

Theona Zhordania (SB# 254428)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Phone: (213) 620-1780
Fax: (213) 620-1398
E-MAIL: tzhordania@sheppardmullin.com

Attorneys for Defendants
KEMPER INDEPENDENCE INSURANCE COMPANY and
KEMPER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD P. BERNSTEIN and LEAH ANN ALCAZAR, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation, and KEMPER CORPORATION, a Delaware corporation,<br><br>Defendants. | CASE NO. 2:20-cv-02517-KJM-JDP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUSTING ORDER CONTINUING PRE-TRIAL DATES** |

Plaintiffs Richard P. Bernstein and Leah Ann Alcazar ("Plaintiffs") and Defendants Kemper Independence Insurance Company and Kemper Corporation (collectively, "Kemper" or "Defendants") hereby stipulate to continue the following deadlines.  Good cause exists for the requested continuance because Plaintiffs' attorney has had multiple trials, including, but not limited to, criminal trials scheduled for February 22, 2022 and March 7, 2022.  Plaintiffs and Defendants agree to the following continued dates:

The parties propose the following schedule in this matter:

a.   Non-expert discovery to be completed: June 14, 2022;

b.   Designation of experts: July 5, 2022;

c.   Disclosure of Rebuttal Experts: July 26, 2022;

c.   Expert discovery to be completed by September 27, 2022;

d.   Hearing on Dispositive Motions: September 30, 2022; and

e.   A pre-trial conference to be held by November 28, 2022.

DATED: February 11, 2022          LAW OFFICES OF JOSEPH A. WELCH

By:          /s/ Joseph A. Welch
             Joseph A. Welch, Esq.
             Attorneys for Plaintiffs

DATED: February 11, 2022          SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By:          /s/ Theona Zhordania
             Charles Danaher, Esq.
             Theona Zhordania, Esq.
             Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

The above STIPULATION & PROPOSED ORDER is approved and all parties shall comply with its provisions.

**Revised Schedule**:

    a.    Non-expert discovery to be completed by June 14, 2022;

    b.    Designation of experts to be completed by July 5, 2022;

    c.    Disclosure of Rebuttal Experts to be completed by July 26, 2022;

    c.    Expert discovery to be completed by September 27, 2022; and

    d.    Last Date to Hear Dispositive Motions September 30, 2022.

**IT IS SO ORDERED.**

DATED: February 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE