Charles Danaher (SB# 114604)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
501 West Broadway, 19th Floor
San Diego, CA  92101-3598
Phone:  (619) 338-6548
Fax:  (619) 515-4102
E-MAIL: cdanaher@sheppardmullin.com

Theona Zhordania (SB# 254428)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA  90071-1422
Phone: (213) 620-1780
Fax: (213) 620-1398
E-MAIL: tzhordania@sheppardmullin.com

Attorneys for Defendants
KEMPER INDEPENDENCE INSURANCE COMPANY
And KEMPER CORPORATION

Joseph A. Welch (SB# 119312)
LAW OFFICES OF JOSEPH A. WELCH
828 University Avenue
Sacramento, California  95825
Phone: (916) 444-5501
Fax: (916) 920-5505
E-MAIL: joewelchlaw@yahoo.com

Attorneys for Plaintiffs
RICHARD P. BERNSTEIN and
LEAH ANN ALCAZAR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| RICHARD P. BERNSTEIN and LEAH ANN ALCAZAR, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>KEMPER INDEPENDENCE INSURANCE COMPANY, an Illinois corporation, and KEMPER CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 2;20-cv-02517-KJM-JDP<br><br>The Honorable Kimberly J. Mueller<br><br>**JOINT STIPULATION REQUESTING ORDER CONTINUING PRE-TRIAL DATES AND ORDER** |

Plaintiffs Richard P. Bernstein and Leah Ann Alcazar ("Plaintiffs") and Defendants Kemper Independence Insurance Company and Kemper Corporation ("Defendants") respectfully request that the Court continue the following pre-trial dates:

1. Non-expert discovery deadline from June 14, 2022 to **September 14, 2022**;
2. Expert designation deadline from July 5, 2022 to **September 16, 2022**;
3. Rebuttal expert designation deadline from July 26, 2022 to **September 26, 2022**;
4. Expert discovery deadline from September 27, 2022 to **October 26, 2022**.
5. All other deadlines would remain the same.

Good cause exists for the requested continuance because the parties have been unable to complete fact discovery. Plaintiff's counsel has had several criminal trials, which has precluded him from scheduling depositions in this case. Defendants' counsel just completed a 5-week jury trial in San Jose, which has precluded her from completing plaintiffs' depositions. The parties need additional time to conclude depositions, some of which are out-of-state.

Accordingly, the parties stipulate and request a brief continuance of the dates set forth above.

IT IS SO STIPULATED

| | |
|---|---|
| DATED: May___, 2022. | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| | By: _____ |
| | Theona Zhordania, Esq.<br>Charles Danaher, Esq.<br>Attorneys for Defendants |
| DATED: May 27, 2022. | LAW OFFICES OF JOSEPH A. WELCH |
| | By: /s/ Joseph A. Welch<br>_____<br>Joseph A. Welch, Esq.<br>Attorneys for Plaintiffs |

## ORDER

Based on the parties' stipulation, and for good cause shown, the Court hereby ORDERS as follows:.

### Revised Schedule:

a. Non-expert discovery to be completed by September 14, 2022;

b. Designation of experts to be completed by September 16, 2022;

c. Disclosure of Rebuttal Experts to be completed by September 26, 2022;

c. Expert discovery to be completed by October 26, 2022.

**IT IS SO ORDERED.**

DATED:  June 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE